ORIGINAL

CTJ/tle

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FORT. WORTH DIVISION

2009 JUN -3 PM 1: 18

CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ENCLAVE ARLINGTON ASSOCIATES LIMITED PARTNERSHIP,** | § § § § | |
| **Plaintiff,** | § § | **Civil Action No. 4:09-CV-155-A** |
| **v.** | § § | |
| **CITY OF ARLINGTON, TEXAS,** | § § § | |
| **Defendant** | § | |

---

## THE CITY OF ARLINGTON, TEXAS' EXHIBIT LIST FOR HEARING ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION AND PLAINTIFF'S POSITION/STATEMENT REGARDING ADMISSIBILITY OF EACH

---

**COMES NOW** Defendant City of Arlington, Texas, and, pursuant to this Court's Order

dated May 29, 2009, submits its list of exhibits to be used by the City of Arlington, Texas during

the hearing on Plaintiff's Application for Preliminary Injunction.

Respectfully submitted,

By: _____
**David M. Hymer**
State Bar No. 10380250
**Dwayne J. Hermes**
State Bar No. 09514400
**Gina Viccinelli**
State Bar No. 24013685
**Christian Dennie**
State Bar No. 24045775
david.hymer@hsblaw.com
dwayne.hermes@hsblaw.com
gina.viccinelli@hsblaw.com
christian.dennie@hsblaw.com

**HERMES SARGENT BATES, L.L.P.**
901 Main Street, Ste. 5200
Dallas, Texas 75202
214.749.6000 (Telephone)
214.749.6100 (Telecopier)

and

**Melinda H. Barlow**
State Bar No. 00783601

**City of Arlington City Attorney's Office**
Mail Stop #63-0300
P.O. Box 90231
Arlington, Texas 76004-3231
817.459.6878   (Telephone)
817.459.6897   (Telecopier)

*ATTORNEYS FOR DEFENDANT*
*CITY OF ARLINGTON, TEXAS*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 3rd day of June, 2009, a true and correct copy of the foregoing document was served on the following counsel of record via certified mail return receipt requested via the United States Postal Service and via electronic mail:

Stephen C. Carlin
R. Craig Woods
Greenberg Traurig, LLP
2200 Ross Avenue
Suite 5200
Dallas, Texas 75201


_____
DAVID M. HYMER

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| ENCLAVE ARLINGTON ASSOCIATES LIMITED PARTNERSHIP,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF ARLINGTON, TEXAS,<br><br>　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:09-CV-155-A |

## THE CITY OF ARLINGTON, TEXAS' EXHIBIT LIST
## FOR HEARING ON
## PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION

| Number | Exhibit | Offered | Admitted |
|:---:|:---|:---:|:---:|
| 1 | Affidavit of Keith Melton, Assistant Director of Public Works and Transportation for the City of Arlington, Texas, including attachments 1-A to 1-F | | |
| 1-A | Lot Operations Map | | |
| 1-B | Photograph of Cedarland Plaza Drive on the north side of the Enclave | | |
| 1-C | Photograph of Cedarland Plaza Drive on the west side of the Enclave | | |
| 1-D | Photograph of the perimeter wall on the west side of the Enclave | | |
| 1-E | Photograph of the Enclave's north gate | | |
| 1-F | Photograph of the Enclave's open north gate | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 2 | Affidavit of Theron L. Bowman, Police Chief for the City of Arlington, Texas | | |
| 3 | Affidavit of Alan Kassen, Assistant Fire Chief for the City of Arlington, Texas | | |
| 4 | Affidavit of Gerald Urbantke, Marketing Communications Manager for the City of Arlington, Texas | | |
| 5 | Affidavit of Stephen J. Quirk, Operations Analyst II for the City of Arlington, Texas | | |
| 6 | Affidavit of Trey Yelverton, Deputy City Manager for Economic Development for the City of Arlington, Texas | | |
| 7 | Certified copy of Resolution 04-358 approved by the Arlington City Counsel on August 10, 2004 | | |
| 8 | Certified copy of Tarrant County Appraisal District records for 1249 Enclave Circle, Arlington, Texas 76011 | | |
| 9 | Map of area around Cowboys Stadium and the Enclave dated June 1, 2009 | | |
| 10 | Photo of hang tag for the Enclave | | |
| 11 | Master Agreement between the City of Arlington and Dallas Cowboys Football dated August 17, 2004 | | |
| 12 | Calendar of events for Cowboys Stadium | | |
| 13 | Offsite Stadium Operations Manual dated April 9, 2009 | | |
| 14 | Lot Operations – Arrival (Map) dated May 5, 2009 | | |

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 15 | Overall Parking Layout | | |
| 16 | Transportation Management Plan – November 2008 | | |
| 17 | Traffic Flow Analysis – Arrival Routing & Distribution dated January 12, 2009 | | |
| 18 | Traffic Flow Analysis – Departure Routing & Distribution dated January 12, 2009 | | |
| 19 | Combined Arrival & Departure Routes | | |
| 20 | Photos from 6/02/09 – Rear Access and Gate Lock | | |
| 21 | Cowboys Complex Lease Agreement | | |
| 22 | Email String between T. Yelverton and M. Schuster regarding follow up conference call | | |
| 23 | Email String between T. Yelverton and S. Carlin regarding meeting to review traffic model simulation | | |
| 24 | Email String between T. Yelverton and S. Carlin regarding potential cancellation and reschedule of meeting to review traffic model simulation | | |
| 25 | Email from T. Yelverton and S. Carlin regarding Tentative Calendar for Stadium | | |
| 26 | Email from T. Yelverton and S. Carlin and M. Schuster regarding Current Police Positioning Map | | |
| 27 | Email string between T. Yelverton and S. Carlin regarding Events at the Stadium | | |
| 28 | Egress and Ingress – Police Location | | |

**Statement by Counsel for Plaintiff Enclave Arlington Associates, Limited Partnership Regarding Agreement to Admissibility of Exhibits**

| No. | Exhibit | Admissibility Agreed | Nature and Legal Basis of Plaintiff's objection to Admissibility |
|---|---|---|---|
| 1 | Affidavit of Keith Melton, Assistant Director of Public Works and Transportation for the City of Arlington, Texas, including attachments 1-A to 1-F | No | As set forth in Enclave's Motion to Strike:<br><br>**Relevance:**<br><br>Paragraphs 4, 5, 7, 8, 12, 15, 17, 19, and 23.<br><br>**Hearsay:**<br><br>Paragraphs 4, 5, 7, 8, 12, 15, 17, 19, and 23.<br><br>**Best Evidence Rule:**<br><br>Paragraphs 4, 5, 7, 8, 12, 15, 17, 19, and 23.<br><br>**Optional Completeness:**<br><br>Paragraphs 4, 5, 7, 8, 12, 15, 17, 19, and 23.<br><br>**Speculative and Conclusory Allegations:**<br><br>Paragraphs 4, 5, 6, 7, 8, 12, 15, 16, 17, 18, 19, 20 and 23.<br><br>**Legal Conclusions:**<br><br>Paragraphs 6, 7, 8, 16, 17, 18 and 20<br><br>**Personal Knowledge/Legal Competence/Inadequate Foundation:**<br><br>Paragraphs 6, 7, 16, 18 and 20. |
| 1-A | Lot Operations Map | Yes | |

| | | | |
|---|---|---|---|
| 1-B | Photograph of Cedarland Plaza Drive on the north side of the Enclave | Yes | |
| 1-C | Photograph of Cedarland Plaza Drive on the west side of the Enclave | Yes | |
| 1-D | Photograph of the perimeter wall on the west side of the Enclave | Yes | |
| 1-E | Photograph of the Enclave's north gate | Yes | |
| 1-F | Photograph of the Enclave's open north gate | Yes | |
| 2 | Affidavit of Theron L. Bowman, Police Chief for the City of Arlington, Texas | No | As set forth in Enclave's Motion to Strike: **Relevance:** Paragraphs 3, 4, 8 and 10. **Hearsay:** Paragraphs 3, 4, 8 and 10. **Best Evidence Rule:** Paragraphs 3, 4, 8 and 10. **Optional Completeness:** Paragraphs 3, 4, 8 and 10. **Speculative and Conclusory Allegations:** Paragraphs 3, 4, 5, 8 and 10. **Legal Conclusions:** Paragraphs 5 and 8. |

|  |  |  | **Personal Knowledge/Legal Competence/Inadequate Foundation:** Paragraphs 5 and 8. |
|---|---|---|---|
| 3 | Affidavit of Alan Kassen, Assistant Fire Chief for the City of Arlington, Texas | No | As set forth in Enclave's Motion to Strike: **Relevance:** Paragraph 7. **Hearsay:** Paragraph 7. **Best Evidence Rule:** Paragraph 7. **Optional Completeness:** Paragraph 7. **Speculative and Conclusory Allegations:** Paragraphs 7 and 8. **Personal Knowledge/Legal Competence/Inadequate Foundation:** Paragraph 8. |
| 4 | Affidavit of Gerald Urbantke, Marketing Communications Manager for the City of Arlington, Texas | Yes | |
| 5 | Affidavit of Stephen J. Quirk, Operations Analyst II for the City of Arlington, Texas | No | As set forth in Enclave's Motion to Strike: **Hearsay:** Paragraphs 5 and 6. |

| 6 | Affidavit of Trey Yelverton, Deputy City Manager for Economic Development for the City of Arlington, Texas | No | As set forth in Enclave's Motion to Strike:<br><br>**Relevance:**<br><br>Paragraph 3, 8 and 10.<br><br>**Hearsay:**<br><br>Paragraph 8.<br><br>**Best Evidence Rule:**<br><br>Paragraph 8.<br><br>**Optional Completeness:**<br><br>Paragraph 8.<br><br>**Speculative and Conclusory Allegations:**<br><br>Paragraphs 3, 6, 7, 8 and 10.<br><br>**Legal Conclusions:**<br><br>Paragraphs 3 and 10.<br><br>**Personal Knowledge/Legal Competence/Inadequate Foundation:**<br><br>Paragraphs 6 and 7. |
| --- | --- | --- | --- |
| 7 | Certified copy of Resolution 04-358 approved by the Arlington City Counsel on August 10, 2004 | Yes | |
| 8 | Certified copy of Tarrant County Appraisal District records for 1249 Enclave Circle, Arlington, Texas 76011 | Yes | |
| 9 | Map of area around Cowboys Stadium and the Enclave | Yes | |
| 10 | Photo of hang tag for the Enclave | Yes | |

| 11 | Master Agreement between the City of Arlington and Dallas Cowboys Football dated August 17, 2004 | Yes | |
|----|---|---|---|
| 12 | Calendar of events for Cowboys Stadium | Yes | |
| 13 | Offsite Stadium Operations Manual dated April 9, 2009 | | Enclave objects on grounds that the document is not authenticated and contains hearsay. Enclave further objects because the document was provided at the last minute and Enclave has not had a full opportunity to review the entire contents of the proposed exhibit and determine its relevance, admissibility or other potential defects and thus, reserves the right to raise these and other appropriate objections at the hearing. |
| 14 | Lot Operations – Arrival (Map) dated May 5, 2009 | Yes | |
| 15 | Overall Parking Layout | Yes | |
| 16 | Transportation Management Plan – November 2008 | Yes | |
| 17 | Traffic Flow Analysis – Arrival Routing & Distribution dated January 12, 2009 | Yes | |
| 18 | Traffic Flow Analysis – Departure Routing & Distribution dated January 12, 2009 | Yes | |
| 19 | Combined Arrival & Departure Routes | Yes | |
| 20 | Photos from 6/02/09 – Rear Access and Gate Lock | Yes | |
| 21 | Cowboys Complex Lease Agreement | Yes | |

**THE CITY OF ARLINGTON, TEXAS' EXHIBIT LIST FOR HEARING ON PLAINTIFF'S APPLICATION PRELIMINARY INJUNCTION**

*DAL 77,534,871v2*

| 22 | Email String between T. Yelverton and M. Schuster regarding follow up conference call | Yes | |
|----|----|----|----|
| 23 | Email String between T. Yelverton and S. Carlin regarding meeting to review traffic model simulation | Yes | |
| 24 | Email String between T. Yelverton and S. Carlin regarding potential cancellation and reschedule of meeting to review traffic model simulation | Yes | |
| 25 | Email from T. Yelverton and S. Carlin regarding Tentative Calendar for Stadium | Yes | |
| 26 | Email from T. Yelverton and S. Carlin and M. Schuster regarding Current Police Positioning Map | Yes | |
| 27 | Email string between T. Yelverton and S. Carlin regarding Events at the Stadium | Yes | |
| 28 | Egress and Ingress – Police Location | Yes | |

_____
Stephen C. Carlin/R. Craig Woods
Counsel for Plaintiff Enclave Arlington
Associates, Limited Partnership

0893/00011

**THE CITY OF ARLINGTON, TEXAS' EXHIBIT LIST FOR HEARING ON PLAINTIFF'S APPLICATION PRELIMINARY INJUNCTION**

_DAL 77,534,871v2_