FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 JUL 24   AM 11: 20

CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| ENCLAVE ARLINGTON ASSOCIATES LIMITED PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ARLINGTON, TEXAS,<br><br>　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:09-CV-155-A |

---

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Defendant, City of Arlington, ("Arlington" or "Defendant") hereby submits its motion for summary judgment ("Motion") on the claims set forth by Enclave Arlington Associates Limited Partnership ("Enclave" or "Plaintiff") as there is no genuine issue of material fact and Arlington is entitled to summary judgment as a matter of law.   This Motion is supported by the accompanying brief and appendix.   In addition, as noted by the Court in its July 8, 2009 Order, the summary judgment record also includes the entire record of the June 4, 2009 hearing on Enclave's Application for Preliminary Injunction.   Pursuant to Local Rule 56.3(b), the information required by Local Rule 56.3(a) is included in the accompanying brief.

Wherefore, Premises Considered, Arlington prays that this Honorable Court grant its Motion for Summary Judgment and for such other relief to which it may show itself entitled.

**Defendant's Motion for Summary Judgment**　　　　　　　　　　　　　　　　　　**Page 1**

Respectfully submitted,

By: _____

**DAVID M. HYMER**
State Bar No. 10380250
**DWAYNE J. HERMES**
State Bar No. 09514400
**GINA VICCINELLI**
State Bar No. 24013685
**CHRISTIAN DENNIE**
State Bar No. 24045775
david.hymer@hsblaw.com
dwayne.hermes@hsblaw.com
gina.viccinelli@hsblaw.com
christian.dennie@hsblaw.com

**HERMES    SARGENT    BATES, L.L.P.**
901 Main Street, Ste. 5200
Dallas, Texas 75202
214.749.6000 (Telephone)
214.749.6100 (Telecopier)

And


**MELINDA H. BARLOW**
State Bar No. 00783601

**City of Arlington City Attorney's Office**
Mail Stop #63-0300
P.O. Box 90231
Arlington, Texas 76004-3231
817.459.6878    (Telephone)
817.459.6897    (Telecopier)

*ATTORNEYS FOR DEFENDANT*
*CITY OF ARLINGTON, TEXAS*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 24th day of July, 2009, a true and correct copy of the foregoing document was served on the following counsel of record via certified mail/return receipt requested via the United States Postal Service:

Stephen C. Carlin
R. Craig Woods
Greenberg Traurig, LLP
2200 Ross Avenue
Suite 5200
Dallas, Texas 75201

_____
DAVID M. HYMER